MaryJane Dobbs, Esq. (017121989)
**BRESSLER, AMERY & ROSS, P.C.**
325 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: (973) 514-1200
mjdobbs@bressler.com
*Attorneys for Defendants*
*Schneider National Leasing, Inc. and Broadus C. Allen*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUNGHAE YUN,<br><br>Plaintiff,<br><br>v.<br><br>BROADUS C. ALLEN, and SCHNEIDER NATIONAL LEASING INC.,<br><br>Defendants. | Civil Action No.: 2:24-cv-9668<br><br>**DEFENDANT SCHNEIDER NATIONAL LEASING, INC.'S L. CIV. R. 7.1.1 DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING** |

Pursuant to Local Civil Rule 7.1.1., Defendant Schneider National Leasing, Inc., ("Schneider" or "Defendant") by and through its attorneys, hereby identifies any person or entity that is not a party and is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation; or (2) a non-monetary result that is not in the nature of personal or bank loan, or insurance, as follows: **NONE.**

                                                        Respectfully Submitted,

                                                        **BRESSLER, AMERY & ROSS, P.C.**
                                                        *Attorneys for Defendants*
                                                        *Schneider National Leasing, Inc. and*
                                                        *Broadus C. Allen*

By: _____
                                                           MaryJane Dobbs

Dated: October 8, 2024

7819425_1

## **CERTIFICATE OF SERVICE**

On this day, I certify that a copy of the above and foregoing notice was caused to be filed by ECF. I also hereby certify that a true copy of the above and foregoing notice was delivered by electronic mail to:

> James R. Baez, Esq.
> SACCO & FILLAS, LLP
> 2160 North Central Road
> Suite 306
> Fort Lee, New Jersey 07024
> *Attorneys for Plaintiff*
> *Junghae Yun*

                                                MaryJane Dobbs

Dated: October 8, 2024

7819425_1